**Order entered November 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00154-CR**
**No. 05-20-00155-CR**

**CHARLES TURNER GLOVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55030-H & F18-55032-H**

**ORDER**

We **REINSTATE** these appeals.

We abated for a hearing because appellant's brief, initially due on June 13, 2020, had not been filed. On November 17, 2020, appellant filed a brief along with a motion to extend time. The following day, the trial court held a hearing, and the supplemental reporter's record from that hearing was filed.

We **GRANT** appellant's November 17, 2020 motion to extend time to file his brief and **ORDER** the brief received that same day filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.


/s/     LANA MYERS
        JUSTICE